# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD FLYNN,** | : | |
| **Plaintiff,** | : | |
| | : | **No. 3:12-cv-1535** |
| **v.** | : | |
| | : | **(Judge Rambo)** |
| **DEPARTMENT OF** | : | |
| **CORRECTIONS,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 27th day of January 2020, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Defendants' partial motion to dismiss (Doc. No. 99) is **DENIED**; and

2. Defendants are **DIRECTED** to file an answer to the amended complaint (Doc. No. 95) within fourteen (14) days of the date of this Order.

s/Sylvia H. Rambo
Sylvia H. Rambo
United States District Judge