# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONALD FLYNN,** : | |
|    **Plaintiff** : | |
| : | No. 3:12-cv-1535 |
| **v.** : | |
| : | (Judge Rambo) |
| **DEPARTMENT OF** : | |
| **CORRECTIONS,** *et al.***,** : | |
|    **Defendants** : | |

## ORDER

**AND NOW**, on this 14th day of January 2021, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. The motion for summary judgment (Doc. No. 118) filed by Defendants Stetler, Shipe, and Williams is **GRANTED**;

2. The Clerk of Court is directed to enter judgment in favor of Defendants Charles Stetler, Shipe, and Thomas Williams and against Plaintiff Donald Flynn; and

3. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                                      s/ Sylvia H. Rambo
                                                      United States District Judge